IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA )
)
)
)     CR. NO. 99-267-02(JAF)
v. )
)
)
)
PABLO BORRERO-HERNANDEZ )

**INFORMATIVE MOTION**

TO THE HONORABLE JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO:

**COMES NOW,** Víctor Carlo-Chévere, U.S. Probation Officer of this Honorable Court, and respectfully presents an official report on Mr. Pablo Borrero-Hernández, who was sentenced by Your Honor on March 14, 2000, to twenty four months of imprisonment followed by a three (3) year supervised release term for violations to 21 USC 841 (a)(1).

On May 5, 2004, probable cause for the arrest of Mr. Borrero-Hernández was found on charges related to the possession of controlled substances. A judicial hearing to determine if there is probable cause to be accused of a drug related crime has been postponed several times since May 24, 2004. The last hearing was held on March 8, 2005. Same was again postponed for May 23, 2005. Mr. Borrero-Hernández notified about his arrest in a timely manner and no violations to his supervised release conditions have been recorded regarding these events.

**WHEREFORE**, unless the Court rules otherwise, it is requested that the information contained in this report to be used for informational purposes only. The Court will be promptly notified of the local judicial proceeding's outcome and/or any violation that may be committed.

In San Juan, Puerto Rico, this 10th day of March 2005.

        Respectfully submitted,

        EUSTAQUIO BABILONIA, CHIEF
        U.S. PROBATION OFFICER

        <u>S/Víctor Carlo-Chévere</u>
        Víctor Carlo-Chévere
        U.S. Probation Officer
        Federal Office Building
        150 Chardón Ave., Room 400
        San Juan, PR  00918-1741
        Telephone:  787-281-4966
        Fax:  787-281-4940
        E-mail: victor_carlo@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which send notification of such filing to the following: Humberto S. Garcia, U.S. Attorney and to Jorge M. Carmona-Rodríguez, Esq.

At San Juan, Puerto Rico, this 10th day of March 2005.

                                                S/Victor Carlo-Chévere
                                                Victor Carlo-Chévere
                                                U.S. Probation Officer
                                                Federal Office Building, Room 400
                                                150 Carlos Chardón Avenue
                                                San Juan, P.R. 00918-1741
                                                Tel. 787-281-4966
                                                Fax 787-281-4940
                                                E mail: victor_carlo@prp.uscourts.gov