IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

    vs.                                    Case Number:  99 CR 267-02 (JAF)

**PABLO BORRERO-HERNANDEZ**

* * * * * * * * * * * * *

**SUPPLEMENT TO MOTION FILED ON MARCH 10, 2005,
NOTIFICATION OF SUPERVISED RELEASE VIOLATIONS
AND REQUEST FOR THE TOLLING OF SUPERVISION TERM**

**TO THE HONORABLE JOSE A. FUSTE
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, DAMARYS I. TELLADO, U.S. PROBATION OFFICER** of this Court, informing as follows:

      1.  That on May 23, 2005, probable cause was found on two drug related charges pending from May 2004.

      2.  That Mr. Borrero-Hernández is being charged with two new violations to the Puerto Rico Controlled Substance Law and a preliminary hearing is scheduled to be held on August 6, 2005.

      3.  That official Court documents have been requested and the Court will be duly notified of the details of these new charges.

      4.  That the releasee's term of supervised release is due to expire on August 8, 2005.

**WHEREFORE,** I declare under penalty of perjury, that the foregoing is true and correct. Unless the Court rules otherwise, it is respectfully requested that the information provided above be made part of the original motion filed on March 10, 2005. It is also requested that a summons be issued and that the term of supervised release be tolled until the cases pending on the state level are resolved; thereupon, he be dealt with pursuant to law.

In San Juan, Puerto Rico, this 16th day of June 2005.

Respectfully submitted,

s/Damarys I. Tellado
Damarys I. Tellado
U.S. Probation Officer
Federal Office Building
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel.: (787) 766-5596
Fax.: (787) 281-4940

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney Humberto S. García and to defense attorney, Jorge M. Carmona-Rodríguez.

s/Damarys I. Tellado
Damarys I. Tellado
U.S. Probation Officer
Federal Office Building
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel.: (787) 766-5596
Fax.: (787) 281-4940

DT/