IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

   v.s.

                                                   **Case Number: 99CR 267-02 (JAF)**

**PABLO BORRERO-HERNANDEZ**

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon a petition of DAMARYS I. TELLADO, U.S. Probation Officer of this Court, alleging that releasee, Pablo Borrero-Hernández, has failed to comply with his conditions of release.

It is ORDERED that the releasee appear before this Court on _____ 2005, at _____, for a hearing to show cause, if there be any, why his term of supervised release on the above-entitled case should not be revoked; thereupon he to be dealt with pursuant to law.

At this hearing, the releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk will issue the corresponding summons to the releasee, Pablo Borrero-Hernández, and notify counsel for him, as well as provide the government with a copy of this Order.

IT IS SO ORDERED in San Juan, Puerto Rico, this _____ day of _____ 2005.

                                                              _____

                                                              **JOSE A. FUSTE**
                                                              **U.S. DISTRICT JUDGE**