AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
V.
PABLO BORRERO-HERNANDEZ

**SUMMONS IN CRIMINAL CASE**

Case Number:   CR. 99-267-2 (JAF)

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. Courthouse and Federal Building<br>Carlos Chardon Street<br>Hato Rey, Puerto Rico   00918 | José A. Fusté's Courtroom |
| | Date and Time |
| Before:   JOSE A. FUSTE, CHIEF, U.S. DISTRICT JUDGE | **AUGUST 8, 2005 AT 01:30 P.M.** |

To answer a(n)          X  **Violation Notice**      ☐  Probation Violation Petition

Charging you with a violation of Title  ------------------------  United States Code, Section(s)  ------------------------

Brief description of offense:

Failure to comply with his conditions of supervision.



_____
Signature of Issuing Officer (DEPUTY CLERK)

6/28/2005
Date

JOSE A. FUSTE, CHIEF U.S. DISTRICT JUDGE
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | 7/13/05 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was *left copy of summons at mailbox, confirmed receipt by telephone conversation.*

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  7/13/05
         Date

Herman J Wirshing
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:
7/12/05 - 10:55AM - nobody at residence. left note and copy of summons in mailbox.
7/13/05 - 8:30 AM - Confirmed receipt summons via telephone call. Subject contact No. 632-1863 work.

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.