**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v <br><br> PABLO MARTINEZ-MEJIAS <br>     Defendant. | CRIMINAL NO. 03-222(SEC) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Pablo Martinez-Mejias.

    2.    Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, request Federal Public Defender, Mr. Joseph C. Laws, Jr., be terminated from the case for electronic filing purposes.

    I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

    RESPECTFULLY SUBMITTED

    In San Juan, Puerto Rico, this 8th day of August of 2005.

    **JOSEPH C. LAWS, JR.**
    **Federal Public Defender**
    **District of Puerto Rico**

    *S/Víctor González-Bothwell*
    **Víctor González-Bothwell**
    **USDC-PR 219707**
    **AFPD for Defendant**
    **241 Franklin D. Roosevelt Avenue**
    **San Juan, PR 00918-2441**
    **Tel. (787) 281-4922 / Fax (787) 281-4899**
    **E-mail :** Victor González@fd.org