IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>PABLO BORRERO-HERNANDEZ,<br>　　　Defendant. | CRIMINAL NO. 99-267 (JAF) |

**MOTION FOR CONTINUANCE**
**(Re: Revocation Hearing)**

TO THE HONORABLE JOSE A. FUSTE
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

　　COMES NOW Mr. Pablo Borrero-Hernández, the defendant herein, represented by the Federal Public Defender for the District of Puerto Rico, and before this Honorable Court respectfully states and prays as follows:

　　The revocation hearing in the present case has been set for August 31, 2005.

　　The allegations contained in the motion filed by U.S. Probation Officer, Victor Carlo-Chévere, relates to local charges brought against Mr. Borrero for violation of the controlled substances law. The trial regarding said offenses has been set by the local court for September 9, 2005.

　　The defendant expressly denies the allegations pending against him in State Court. Furthermore, although defendant wishes to testify before this Honorable Court regarding his revocation hearing he will not be waiving his Fifth Amendment right to remain silent.

Criminal No.02-321M                                                                                                              2

Therefore, to hold the revocation hearing before the local case has been disposed of will be extremely detrimental to Mr. Borrero, inasmuch as he will be able to speak on his behalf.

WHEREFORE, the defendant requests a continuance of his revocation hearing until after his local case has been resolved.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 30th day of August, 2005.

                                          JOSEPH C. LAWS, JR.
                                        Federal Public Defender

                                        *S/Rafael Andrade-Ravelo*
                                        Rafael Andrade-Ravelo
                                        Assistant Federal Public Defender
                                        USDC-PR 221308
                                        259 F.D. Roosevelt Avenue
                                        San Juan, PR  00918-2305
                                        Phone No. (787) 281-4922
                                        Rafael_Andrade@fd.org