## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>PABLO BORRERO HERNANDEZ<br>    Defendant. | Criminal No. 99-267 (JAF) |

### INFORMATIVE MOTION REGARDING STATUS OF STATE CASE AND
### FINAL REQUEST FOR CONTINUANCE OF REVOCATION HEARING

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America, by and through the undersigned attorney, and very respectfully states and prays as follows:

1.  In the present case, a revocation hearing is set for October 13, 2005.

2.  The United States hereby informs the state trial that commenced on September 20, 2005 and that was due to continue on October 5, 2005, was once again continued until October 20, 2005. The facts surrounding the drug charges that are pending before the local courts are the basis to seek revocation.

3.  Consonant with our previous request and that of defense counsel, and in light of the fact that the state trial is due to continue on October 20, 2005, we respectfully request that the revocation hearing be continued and scheduled until after the latter date.

4.  The United States will keep this Honorable Court informed of the status of the state trial.

<u>U.S. v. Pablo Borrero Hernandez</u>
Criminal No. 99-267 (JAF)
Page 2

**WHEREFORE** it is very respectfully requested that this Honorable Court take notice of the above and continue the revocation hearing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 12th day of October, 2005.

**H.S. GARCIA**
United States Attorney

<u>S/ Jenifer Y. Hernandez Vega</u>
**Jenifer Y. Hernández Vega**
Assistant U.S. Attorney
U.S. Attorney's Office
Torre Chardon, Suite 1201
Hato Rey, P.R. 00918

<u>S/ Evelyn Canals</u>
**Evelyn Canals**
Assistant U.S. Attorney
U.S. Attorney's Office
Torre Chardon, Suite 1201
Hato Rey, P.R. 00918

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Victor González-Bothwell, Esq**

<u>S/ Jenifer Y. Hernandez Vega</u>
**Jenifer Y. Hernández Vega**

<u>S/ Evelyn Canals</u>
**Evelyn Canals**