AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE         DISTRICT OF         PUERTO RICO

**UNITED STATES OF AMERICA,**              **APPEARANCE**

v.                              **CASE NUMBER: 99-267(JAF)**

**PABLO BORRERO-HERNANDEZ**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

October 12, 2005
Date

s/Evelyn Canals
Signature

AUSA Evelyn Canals
Print Name

Torre Chardon Bldg, Room 1201, 350 Chardon Ave.
Address

Hato Rey, Puerto Rico 00918
City

(787) 766-5656
Phone Number

E-mail: evelyn.canals@usdoj.gov

<u>US v. Pablo Borrero-Hernández</u>
Crim. No. 99-267(JAF)
Page 2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to **Víctor González-Bothwell, Esq.**

     At San Juan, Puerto Rico, this 12th day of October 2005.

                                              s\ <u>Evelyn Canals</u>
                                              Evelyn Canals - 207107
                                              Assistant U.S. Attorney
                                              Torre Chardón, Room 1201
                                              350 Carlos Chardón Avenue
                                              San Juan, PR 00918
                                              Tel. (787) 766-5656
                                              e-mail: evelyn.canals@usdoj.gov