# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



<u>MINUTE OF PROCEEDINGS</u>

| | |
|---|---|
| Before Hon. Jose A. Fuste, U.S. District Judge | CRIMINAL NO. 99-267 (JAF) |

Courtroom Deputy: Becky Agostini
Court Reporter: Yvette Richardson
Court Interpreter: Annie Flores

| | |
|---|---|
| UNITED STATES OF AMERICA | EVELYN CANALS, AUSA |
| vs. | |
| PABLO BORRERO-HERNANDEZ | RAFAEL ANDRADES, AFPD |

 Case called for Order to Show Cause.  Evidence on behalf of the Government is presented through the testimony of Jose Bracero-Sepulveda, Jose Rosado, and Victor Canino.  Testimony of defendant Pablo Borrero is also heard.  After hearing the parties in this case, the Court finds that defendant violated his conditions of supervision and the term of supervised release imposed on March 14, 2000 is revoked.  Defendant is placed under the custody of Bureau of Prisons for a term of 24 Months.  No additional term of Supervised Release is imposed.

            BY:  s/ Rebecca Agostini-Viana
                  Courtroom Deputy Clerk