IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>         vs.<br><br>PABLO BORRERO-HERNANDEZ,<br>         Defendant. | CRIMINAL NO. 99-267 (JAF) |

**NOTICE OF APPEAL**

TO THE HONORABLE JOSE A. FUSTE
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Notice is hereby given by **PABLO BORRERO-HERNANDEZ**, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit, from the Judgement and Sentenced imposed on October 13, 2005, by the Hon. José A. Fuste, Chief Judge for the District of Puerto Rico.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 26th day of October of 2005.

JOSEPH C. LAWS, JR.
FEDERAL PUBLIC DEFENDER

*S/ Rafael Andrade-Ravelo*
RAFAEL ANDRADE-RAVELO
Assistant Federal Public Defender
USDC - PR 213701
241 F. D. Roosevelt Avenue
San Juan, PR  00918-2305
Tel.  (787) 281-4922
Rafael_Andrade@fd.org