# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:**        November 16, 2005

**DC #:**        99-267 (JAF)

**APPEAL FEE PAID:**        YES ____        NO __X__

**CASE CAPTION:**        USA    v.    Martínez-Medina
                        Defendant:    Pablo Borrero-Hernández (2)

**IN FORMA PAUPERIS:**        YES __X__        NO ____

**MOTIONS PENDING:**        YES ____        NO __X__

**NOTICE OF APPEAL FILED BY:    Defendant**

**APPEAL FROM:**        Judgment for Revocation imposed on 10/13/05 and entered on 10/25/05

**SPECIAL COMMENTS:**    Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                **VOLUMES:**

**Docket Entries**    96,112-115,117, Minute of 08/08/05, 119-131                **I**

I HEREBY certify that the enclosed documents contained h+erein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk