UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Vs. | 99-CR-00267-002 (JAF) |
| BORRERO-HERNANDEZ, PABLO | |

## ORDER

By the Order of the Honorable José A. Fusté, Chief United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this December 01, 2005.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report on 12/1/05

Eustaquio Babilonia
Chief U.S. Probation Officer
By: _____